IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jenifer Waelti, | CV 12-01028-PHX-FJM |
| Plaintiff(s), | **ORDER** |
| vs. | |
| Sports & Orthopaedic Specialists of Arizona LLC, | |
| Defendant(s). | |

Pursuant to this court's order of October 19, 2012, IT IS ORDERED dismissing this action with prejudice.

DATED this 29th day of November, 2012.

Frederick J. Martone
United States District Judge